UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONTAE LASHUN WILEY, JR.,

    Plaintiff,

v.

    Case No: 1:25-cv-1310

    HON. ROBERT J. JONKER

DAMIAN NUNZIO,

    Defendant.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 29, 2025 (ECF No. 5). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** and this matter is **TERMINATED**.

Dated:  November 25, 2025      /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE